IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Espinoza, Elena E

Printed: 01/22/09

Case Number: 08 B 23385
Judge: Hollis, Pamela S
Filed: 9/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 653.80 |
| Trustee Fee: |  | 46.20 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,124.00 | 653.80 |
| 2. | Chase Bank USA NA | Unsecured | 140.51 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 1,356.76 | 0.00 |
| 4. | FIA Card Services | Unsecured | 1,287.72 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 689.58 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 306.76 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 707.62 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,990.42 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,297.60 | 0.00 |
| 10. | National Student Loan Program | Unsecured | 4,866.97 | 0.00 |
| 11. | American Express Centurion | Unsecured | 1,097.66 | 0.00 |
| 12. | Access Group | Unsecured |  | No Claim Filed |
| 13. | American Express | Unsecured |  | No Claim Filed |
| 14. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,865.60 | $ 653.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 46.20 |
|  | $ 46.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Espinoza, Elena E

Printed: 01/22/09

Case Number:  08 B 23385
Judge:  Hollis, Pamela S
Filed:  9/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

